UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM PORTER,<br><br>           Plaintiff,<br><br>   v.<br><br>RICHARD COSTOLO, et al.,<br><br>           Defendants. | Case No. 16-cv-06136-JST<br><br>**ORDER**<br><br>Re: ECF No. 16 |

      The Court has received the parties' stipulation regarding consolidation and appointment of co-lead counsel for three stockholder derivative actions. ECF No. 16. Before the Court considers the stipulation, the parties must file an administrative motion to relate the two derivative actions not currently before this Court. See Civ. L.R. 3-12.

      IT IS SO ORDERED.

Dated: December 2, 2016

_____
JON S. TIGAR
United States District Judge