1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON (174882)
2  frankj@johnsonandweaver.com
   PHONG L. TRAN (204961)
3  phongt@johnsonandweaver.com
   600 West Broadway, Suite 1540
4  San Diego, CA  92101
   Telephone: (619) 230-0063
5  Facsimile: (619) 255-1856

6  -and-

7  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
8  brobbins@robbinsarroyo.com
   FELIPE J. ARROYO (163803)
9  farroyo@robbinsarroyo.com
   SHANE P. SANDERS (237146)
10 ssanders@robbinsarroyo.com
   600 B Street, Suite 1900
11 San Diego, CA 92101
   Telephone: (619) 525-3990
12 Facsimile: (619) 525-3991

13 *[Proposed] Co-Lead Counsel for Plaintiffs*

14             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15              **SAN FRANCISCO DIVISION**

16 JIM PORTER, derivatively on behalf of      )   Case No.: 3:16-cv-06136-JST
   TWITTER, INC.,                             )
17                                            )
                     Plaintiff,               )   **STIPULATION AND [~~PROPOSED~~]**
18                                            )   **ORDER TO CONSOLIDATE**
          v.                                  )   **DERIVATIVE ACTIONS, APPOINT**
19                                            )   **CO-LEAD COUNSEL FOR**
   RICHARD COSTOLO, ANTHONY NOTO,             )   **PLAINTIFFS, AND RESET INITIAL**
20 JACK DORSEY, PETER FENTON,                 )   **CASE MANAGEMENT**
   MARTHA LANE FOX, HUGH F.                   )   **CONFERENCE AND RELATED**
21 JOHNSTON, OMID KORDESTANI, DEBRA )         **DATES**
   L. LEE, DAVID ROSENBLATT, MARJORIE )
22 SCARDINO, BRET TAYLOR, and EVAN            )
   WILLIAMS,                                  )
23                                            )   Judge: Honorable Jon S. Tigar
                     Defendants,              )   Courtroom: 9
24                                            )   Date Action Filed: October 24, 2016
                                              )
25        -and-                               )
                                              )
26 TWITTER, INC., a Delaware corporation,     )
                                              )
27                   Nominal Defendant.       )
   _____ )
28 *[Caption continued on next page.]*

---

STIP AND [~~PROPOSED~~] ORDER TO CONSOLIDATE, APPOINT CO-              Case No. 3:16-cv-06136-JST
LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERNESTO ESPINOZA, Derivatively on
Behalf of TWITTER, INC.,

               Plaintiff,

     v.

JACK DORSEY, ANTHONY NOTO,
PETER FENTON, DAVID ROSENBLATT,
MARJORIE SCARDINO, EVAN
WILLIAMS, RICHARD COSTOLO,
PETER CHERNIN, and PETER CURRIE,

               Defendants,

   -and-

TWITTER, INC., a Delaware corporation,

               Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:16-cv-06457-JST

Judge: Honorable Jon S. Tigar
Courtroom: 9
Date Action Filed: November 4, 2016

FRANCIS FLEMING, derivatively on behalf
of TWITTER, INC.,

               Plaintiff,

     v.

RICHARD COSTOLO, ANTHONY NOTO,
JACK DORSEY, PETER FENTON, DAVID
ROSENBLATT, MARJORIE SCARDINO,
and EVAN WILLIAMS,

               Defendants,

   -and-

TWITTER, INC., a Delaware corporation,

               Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:16-cv-06492-JST

Judge: Honorable Jon S. Tigar
Courtroom: 9
Date Action Filed: November 8, 2016

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-
LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

Case No. 3:16-cv-06136-JST

**WHEREAS**, there are presently three related stockholder derivative actions currently pending before the Court against Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, and/or Peter Currie (the "Individual Defendants")[1], who are certain current and former directors and officers of nominal defendant Twitter, Inc. ("Twitter") (Twitter, together with the Individual Defendants, being collectively referred to herein as "Defendants"): *Porter v. Costolo, et al.*, Case No. 3:16-cv-06136-JST ("*Porter*"); *Espinoza v. Dorsey, et al.*, Case No. 3:16-cv-06457-JST ("*Espinoza*"); and *Fleming v. Costolo, et al.*, Case No. 4:16-cv-06492-JST ("*Fleming*") (together, the "Related Derivative Actions");

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, the Related Derivative Actions challenge similar alleged misconduct by Twitter's directors and executive officers and involve common questions of law and fact;

**WHEREAS**, on November 30, 2016, plaintiffs in the Related Derivative Actions filed with this Court a Stipulation and [Proposed] Order Consolidating Derivative Actions, and Appointing Co-Lead Counsel for Plaintiffs ("Stipulation Regarding Consolidation and Appointment of Co-Lead Counsel") (ECF No. 18), which sought consolidation of the Related Derivative Actions into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action") to avoid potentially duplicative actions and to prevent any waste of the Court's resources;

**WHEREAS**, on December 2, 2016, the Court issued an Order indicating its receipt of the Stipulation Regarding Consolidation and Appointment of Co-Lead Counsel, but deferring consideration of the Stipulation until the parties filed an administrative motion to relate the

---

[1] Omid Kordestani, Martha Lane Fox, Hugh F. Johnston, Debra L. Lee, and Bret Taylor were inadvertently included in the caption of the *Porter* action.  They are not intended to be defendants.

1

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES        Case No. 3:16-cv-06136-JST

1   two derivative actions (*Espinoza* and *Fleming*) that at the time were not pending before the

2   Court (ECF No. 19);

3   **WHEREAS**, pursuant to the Court's directive, plaintiffs in the *Espinoza* and *Fleming*

4   derivative actions each filed administrative motions to relate their respective cases to the

5   actions before the Court;

6   **WHEREAS**, on December 7, 2016, the Court entered an order relating the three

7   derivative actions;

8   **WHEREAS**, the Court has set the following case management conference dates for the

9   Related Derivative Actions: *Porter*—February 15, 2017, and *Espinoza* and *Fleming*—

10   February 22, 2017;

11   **WHEREAS**, counsel for plaintiffs in the Related Derivative Actions have been

12   advised by counsel for Defendants that the parties in the related securities fraud class action

13   (*Shenwick v. Twitter, Inc., et al.*, Case No. 3:16-cv-05314-JST) have requested that their case

14   management conference be set for April 19, 2017;

15   **WHEREAS**, to avoid potential duplication of efforts and to prevent any waste of the

16   Court's resources, the parties propose that the current case management conference dates for

17   the Related Derivative Actions be vacated and that the Court set a single case management

18   conference date for the Related Derivative Actions to occur on the same day as the case

19   management conference for the related securities fraud class action.

20   **WHEREAS**, Johnson & Weaver, LLP, and Robbins Arroyo LLP seek to be designated

21   as Co-Lead Counsel in the Consolidated Derivative Action, and Defendants take no position

22   with respect to such designation or with respect to paragraphs 7 and 8 below; and

23   **WHEREFORE**, the parties, through their undersigned counsel, hereby agree,

24   stipulate, and respectfully request that the Court enter an Order as follows:

25   1.   Defendants hereby acknowledge service of the summonses and complaints in

26   the Related Derivative Actions.  Aside from defenses and objections related to the absence of a

27   summons or of service, Defendants expressly reserve all defenses and objections to the

28   complaints filed in the Related Derivative Actions and any complaints filed in the

2

1  Consolidated Derivative Action, including but not limited to defenses based on lack of

2  personal jurisdiction and improper venue.

3       2.    Defendants need not answer, move or otherwise respond to any of the

4  complaints currently filed in the Related Derivative Actions.

5       3.    The following actions shall be consolidated for all purposes, including pre-trial

6  proceedings and trial, into the Consolidated Derivative Action:

7  | **Case Name** | **Case No.** | **Filing Date** |
   | --- | --- | --- |
8  | *Porter v. Costolo, et al.* | 3:16-cv-06136-JST | October 24, 2016 |
9  | *Espinoza v. Dorsey, et al,* | 3:16-cv-06457-JST | November 4, 2016 |
10 | *Fleming v. Costolo, et al.* | 4:16-cv-06492-JST | November 8, 2016 |

11      4.    Every pleading filed in the Consolidated Derivative Action, or in any separate

12  action included herein, must bear the following caption:

13
      **UNITED STATES DISTRICT COURT**
14    **NORTHERN DISTRICT OF CALIFORNIA**
      **SAN FRANCISCO DIVISION**
15

16  IN RE TWITTER, INC. SHAREHOLDER       Lead Case No.: 3:16-cv-06136-JST
    DERIVATIVE LITIGATION,
17                                          (Consolidated with Nos. 3:16-cv-06457-JST
                                            and 4:16-cv-06492-JST)
18  This Document Relates To:
                                          (Derivative Action)
19      ALL ACTIONS.
                                          Judge: Honorable Jon S. Tigar
20                                         Courtroom: 9
                                          Date Action Filed: October 24, 2016
21

22      5.    The files of the Consolidated Derivative Action will be maintained in one file

23  under Lead Case No. 3:16-cv-06136-JST.

24

25

26

27

28

3

1          6.        Co-Lead Counsel for plaintiffs for the conduct of *In re Twitter, Inc.*

2     *Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is designated as

3     follows:

4                              JOHNSON & WEAVER, LLP
                               FRANK J. JOHNSON
5                              PHONG L. TRAN
                               600 West Broadway, Suite 1540
6                              San Diego, CA 92101
                               Telephone: (619) 230-0063
7                              Facsimile: (619) 255-1856

8                                        -and-

9                              ROBBINS ARROYO LLP
                               BRIAN J. ROBBINS
10                             FELIPE J. ARROYO
                               SHANE P. SANDERS
11                             600 B Street, Suite 1900
                               San Diego, CA 92101
12                             Telephone: (619) 525-3990
                               Facsimile: (619) 525-3991

13

14         7.        Plaintiffs' Co-Lead Counsel have the sole authority to speak for plaintiffs in

15    matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work

16    assignments in such manner as to facilitate the orderly and efficient prosecution of this

17    litigation and to avoid duplicative or unproductive effort.

18         8.        Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities

19    and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this

20    Court.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated

21    or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

22         9.        Defendants' counsel may rely upon all agreements made with any of plaintiffs'

23    Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and

24    such agreements will be binding on plaintiffs.

25         10.       This Order shall apply to each purported derivative action arising out of the

26    same or substantially the same transactions or events as the Related Derivative Actions that is

27    subsequently filed in, removed to, or transferred to this Court.

28

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-          Case No. 3:16-cv-06136-JST
LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

1    11.    If a case that properly belongs as part of *In re Twitter, Inc. Shareholder*

2  *Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is hereafter filed in this Court or

3  transferred here from another court, counsel shall promptly call to the attention of the Clerk of

4  the Court the filing or transfer of any case that might properly be consolidated as part of *In re*

5  *Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST.

6    12.    In the interest of efficiency and avoidance of unnecessary duplication of effort

7  or judicial resources by the Court or the parties, it is further Ordered that within sixty (60) days

8  of the entry of an order consolidating the Related Derivative Actions, plaintiffs' Co-Lead

9  Counsel and counsel for Defendants shall meet and confer regarding further proceedings in the

10  Consolidated Derivative Action and shall thereafter submit a stipulation and proposed order

11  regarding further proceedings with the Court or, in the event counsel for the parties are unable

12  to agree on a proposed schedule for the conduct of further proceedings, shall submit a joint

13  status report setting forth their respective views regarding further proceedings in the

14  Consolidated Derivative Action.

15    13.    Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of

16  any document required to be served in the Consolidated Derivative Action.

17

18

19

20

21

22

23

24

25

26

27  / / /

28  / / /

5

STIP AND [PROPOSED] ORDER TO CONSOLIDATE, APPOINT CO-          Case No. 3:16-cv-06136-JST
LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES

14.     The case management conference and related dates for the Related Derivative Actions shall be vacated.  A case management conference for the Related Derivative Actions will be held on April 19, 2017, or an alternative date convenient to the Court on which the case management conference in the related securities action is also held.   The Joint Case Management Conference Statement shall be due seven court days prior to the conference.

**IT IS SO STIPULATED.**

Dated: January 18, 2017                          JOHNSON & WEAVER, LLP
                                                 FRANK J. JOHNSON
                                                 PHONG L. TRAN

                                          By: */s/ Frank J. Johnson*
                                                 FRANK J. JOHNSON

                                                 600 West Broadway, Suite 1540
                                                 San Diego, CA 92101
                                                 Telephone: (619) 230-0063
                                                 Facsimile: (619) 255-1856
                                                 frankj@johnsonandweaver.com
                                                 phongt@johnsonandweaver.com

                                                 *Attorneys for Plaintiff Jim Porter and*
                                                 *[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: January 18, 2017                          ROBBINS ARROYO LLP
                                                 BRIAN J. ROBBINS
                                                 FELIPE J. ARROYO
                                                 SHANE P. SANDERS

                                          By: */s/ Brian J. Robbins*
                                                 BRIAN J. ROBBINS

                                                 600 B Street, Suite 1900
                                                 San Diego, CA 92101
                                                 Telephone: (619) 525-3990
                                                 Facsimile: (619) 525-3991
                                                 brobbins@robbinsarroyo.com
                                                 farroyo@robbinsarroyo.com
                                                 ssanders@robbinsarroyo.com

                                                 *Attorneys for Plaintiff Ernesto Espinoza and*
                                                 *[Proposed] Co-Lead Counsel for Plaintiffs*

6

STIP AND [~~PROPOSED~~] ORDER TO CONSOLIDATE, APPOINT CO-LEAD COUNSEL, AND RESET INITIAL CMC AND RELATED DATES                         Case No. 3:16-cv-06136-JST

| | |
|---|---|
| Dated: January 18, 2017 | PROFY PROMISLOFF & CIARLANTO, P.C.<br>JOSEPH M. PROFY<br>JEFFREY J. CIARLANTO<br>DAVID M. PROMISLOFF |

By: */s/ Joseph M. Profy*
JOSEPH M. PROFY

100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642

BRODSKY & SMITH, LLC
EVAN J. SMITH
9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff Francis Fleming*

| | |
|---|---|
| Dated: January 18, 2017 | SIMPSON THACHER & BARTLETT LLP<br>SIMONA G. STRAUSS |

By: */s/ Simona G. Strauss*
SIMONA G. STRAUSS

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

*Attorneys for Defendants Richard Costolo,*
*Anthony Noto, Jack Dorsey, Peter Fenton,*
*David Rosenblatt, Marjorie Scardino, Evan*
*Williams, Peter Chernin, Peter Currie, and*
*Nominal Defendant Twitter, Inc.*

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Consolidate Derivative Actions, Appoint Co-Lead Counsel for Plaintiffs, and Reset Initial Case Management Conference and Related Dates.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: January 18, 2017                    */s/ Frank J. Johnson*
                                                          Frank J. Johnson

\*\*\*\*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 20    , 2017          _____
                                                       HON. JON S. TIGAR
                                                       UNITED STATES DISTRICT JUDGE

---

8