ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
SHANE P. SANDERS (237146)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

-and-

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (174882)
PHONG L. TRAN (204961)
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 3:16-cv-06136-JST<br><br>(Consolidated with Nos. 3:16-cv-06457-JST and 4:16-cv-06492-JST)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>(Derivative Action)<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom: 9<br>Date Action Filed: October 24, 2016 |

| | |
|---|---|
| 1 | Plaintiffs Jim Porter, Ernesto Espinoza, and Francis Fleming ("Plaintiffs"), individual defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and nominal defendant Twitter, Inc. ("Twitter" and, together with the individual defendants, the "Defendants"), through their respective counsel, hereby stipulate as follows: |

Plaintiffs Jim Porter, Ernesto Espinoza, and Francis Fleming ("Plaintiffs"), individual defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and nominal defendant Twitter, Inc. ("Twitter" and, together with the individual defendants, the "Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 12, 2017, parties filed a Stipulation and [Proposed] Order Staying the Action, pending the outcome of a motion to dismiss a related federal securities class action in this Court, entitled *Shenwick v. Twitter, Inc.*, No. 3:16-cv-05314-JST (the "Securities Action");

WHEREAS, on October 16, 2017, the Court issued an order in the Securities Action granting in part and denying in part defendants' motion to dismiss;

WHEREAS, pursuant to the Court's April 13, 2017 Order, the parties in this consolidated derivative action (the "Derivative Action") are to submit a proposed scheduling stipulation to the Court by November 15, 2017, 30 days after the ruling on the motion to dismiss in the Securities Action;

WHEREAS, the parties have been in ongoing discussions and continue to discuss (1) the impact of the ruling on the motion to dismiss in the Securities Action on the Derivative Action, (2) Defendants' claim that the Derivative Action must be litigated in Delaware pursuant to a forum selection clause, (3) Defendants' position that the Derivative Action should be stayed pending resolution of the Securities Action, (4) the parties' respective positions on the next steps in the Derivative Action, and (5) a proposed schedule with respect to these next steps;

WHEREAS, the parties agree, subject to order of the Court, that they shall continue their discussions and shall submit to the Court a proposed scheduling stipulation on or before December 15, 2017; and

1

STIPULATION AND [PROPOSED] ORDER      Lead Case No. 3:16-cv-06136-JST

WHEREAS, the parties further agree that by entering into this stipulation, Defendants expressly reserve and do not waive their defenses and objections in the Derivative Action, including defenses and objections to jurisdiction, forum and venue;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The parties shall have up to and including December 15, 2017 to submit to the Court a proposed scheduling stipulation.
2. Defendants' time to respond to the complaint that Plaintiffs filed during the pendency of the stay in this Derivative Action shall be extended until at least 30 days after the parties submit a scheduling stipulation to the Court.
3. In entering into this Stipulation, Defendants expressly reserve all, and do not waive any, of their defenses and objections in this Derivative Action, including defenses and objections to jurisdiction, forum and venue.

Dated: November 15, 2017

ROBBINS ARROYO LLP
FELIPE J. ARROYO
BRIAN J. ROBBINS
SHANE P. SANDERS

By: */s/ Shane P. Sanders*
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Jon S. Tigar

Dated: November 16, 2017

| | | |
|---|---|---|
| 1 | Dated: November 15, 2017 | JOHNSON & WEAVER, LLP |
| 2 | | FRANK J. JOHNSON |
| | | PHONG L. TRAN |
| 3 | | By: */s/ Frank J. Johnson* |
| 4 | | FRANK J. JOHNSON |

Dated: November 15, 2017          JOHNSON & WEAVER, LLP
                                  FRANK J. JOHNSON
                                  PHONG L. TRAN

                             By: */s/ Frank J. Johnson*
                                  FRANK J. JOHNSON

                                  600 West Broadway, Suite 1540
                                  San Diego, CA 92101
                                  Telephone: (619) 230-0063
                                  Facsimile: (619) 255-1856
                                  frankj@johnsonandweaver.com
                                  phongt@johnsonandweaver.com

                                  *Co-Lead Counsel for Plaintiffs*

Dated: November 15, 2017          SIMPSON THACHER & BARTLETT LLP
                                  SIMONA G. STRAUSS

                             By: */s/ Simona G. Strauss*
                                  SIMONA G. STRAUSS

                                  2475 Hanover Street
                                  Palo Alto, CA 94304
                                  Telephone: (650) 251-5203
                                  Facsimile: (650) 251-5002
                                  sstrauss@stblaw.com

                                  *Attorneys for Defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and Nominal Defendant Twitter, Inc.*

## **SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: November 15, 2017                          */s/ Shane P. Sanders*
                                                   Shane P. Sanders